AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| William Keen | ) Case No. 1:22-mj-280 |
|  | ) INSD: 4:23-mj-1-VTW |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **William Keen**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 12/16/2022

Robin M. Meriweather
Digitally signed by Robin M. Meriweather
Date: 2022.12.16 17:07:12 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.       Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 12/16/23, and the person was arrested on (date) 1/10/23
at (city and state) New Albany, IN.

Date: 1/10/23

FILED
JAN 10 2023
U.S. DISTRICT COURT
NEW ALBANY, INDIANA

*Arresting officer's signature*

SA Ronald A. Hornback, FBI
*Printed name and title*